# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:
SHERON JANNATA SAMUELS

    Debtor.

_____/

Bankruptcy Case No: 8:09-BK-28999-CED

ANGELA W. ESPOSITO, as Chapter 7
Trustee of the estate of SHERON
JANNATA SAMUELS,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

_____/

Adversary Proceeding
No: 8:10-AP-01107-CED

**CASE NO: 8:10-MC-143-T-30TGW**

## ORDER

THIS CAUSE comes before the Court upon Defendant Capital One's Motion to Withdraw the Reference from the Bankruptcy Court (Dkt. #1) and the Trustee's response (Dkt. #4). The motion involves an adversary proceeding pending before the Bankruptcy Court in which Capital One has filed an Answer including a demand for jury trial. In the interest of judicial economy, it is appropriate that the reference of this matter be withdrawn and all further proceedings be before this Court.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Capital One's Motion to Withdraw the Reference from the Bankruptcy Court (Dkt. #1) is GRANTED.

2. The Clerk of the Bankruptcy Court is directed to transfer the file to the Clerk of this Court.

3. The Clerk of this Court is thereafter directed to open this matter as a civil case and assign it under the blind filing system established pursuant to the rules of this Court.

4. The Clerk shall close case number 8:10-mc-143-T-30TGW.

**DONE** and **ORDERED** in Tampa, Florida on November 19, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**
Clerk, Bankruptcy Court
Counsel/Parties of Record

*S:\Odd\2010\10-mc-143.order*